C.C.A. Writ No. WR-57,836-02
Tr. Ct. No. 813311-B

Clerk Of The Court,

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 05 2015

Abel Acosta, Clerk

Re: Filing __

Please find enclosed:

1) Notice Of Appeal (1 pg)
2) Objection To Abstract Judgment (1 pg)

Judgment was made on 9/16/15

Notice Of Appeal and Objection were filed on 9/25/15, in 9 days from Judgment, making timely filing of Notice Of Appeal, via Prison Mailbox Rule, where Notice Of Appeal and Objection were dropped in Prison Mailbox on 9/25/15

Unsworn Declaration

I, Lennis J. Duhon, 888996, presently in incarceration in the James V. Allred Unit of TDCJ-CID, In Wichita Co. Texas, declare under Penalty of Perjury the foregoing is True And Correct.

Executed On: 9/25/15

x _Lennis J. Duhon_
Declarant/Applicant/Pro Se

#888996

Page 1 of 1

Lennis J. Duhon                    §   In The Court Of
         Applicant                 §
                                   §
V.                                 §   Criminal Appeals At
                                   §
William Stephens, Dir. TDCJ        §
         Respondent                §   Austin, Texas

Applicant's
OBJECTION TO ABSTRACT
JUDGMENT

To The Honorable Court Of Criminal Appeals:

Now Comes, Lennis J. Duhon, Applicant, Pro Se, to enter on record his Objection to Abstract Judgment of denial to his Application For Writ of Habeas Corpus.

9/16/15, Judgment to Deny his Application For Writ of Habeas Corpus, contains no written order on the Merits of the claims it has denied, nor does the Order contain a Judge's Signature. In United States v. Battista, mandates that the Judgment [SHALL] be signed by the Judge and entered by the Clerk.

I, hereby, OBJECT to Judgment which ① does not contain written order for reason claim was denied where ruling on it's merits, and ② Judgment contains no Judge's Signature.

Respectfully Submitted,

X _Lennis Duhon_          9/25/15
Applicant, Pro Se